Summons in a Civil Action (Rev 11/97)

VIA FAX
FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

08 JAN 24 PM 4:19

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _P.D.V._ DEPUTY

CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated.
vs
JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0152 BEN POR

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan R. Plutzik, Of Counsel
Schiffrin, Barroway, Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELA CRUZ

JAN 2 4 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**Attachment A**

JP Morgan Chase & Co.
270 Park Avenue
New York, NY  10017-2070

JP Morgan Chase Bank, N.A
270 Park Avenue
New York, NY  10017-2070

Chase Manhattan Mortgage Corporation
10790 Rancho Bernardo Rd.
La Jolla, CA  92127