# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HON. LOUISA S. PORTER
CT. DEPUTY RICHARD MESSIG

Concepcion Jimenez    v.    J.P. Morgan Chase & Co.    No. 08cv152-BEN (POR)

| Plaintiffs | Defendants |
|---|---|
| n/a | JP Morgan Chase Bank, N.A. |
|  | Chase Manhattan Mortgage Corp. |
|  | Does 1 through 10 |

PROCEEDINGS:   X   In Chambers   ___ In Court   ___ Telephonic

Judge Porter hereby recuses herself from the above-entitled action and requests that another Magistrate Judge be assigned.   There are currently no dates set in front of Judge Porter.

**LEO S. PAPAS**

NOTICE:   ___ In Person   ___ By Telephone   ___ Copies Sent

DATE:   February 5, 2008            DEPUTY: _____

cc: Judge Benitez