# District Court
### RICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Concepcion Jiminez | | | |
| | Plaintiff, | No. | 08cv0152 BEN (POR) |
| v. | | | **REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.** |
| JP Morgan Chase & Co., et al. | Defendant | | |

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low Numbered" Case No.            07cv1666 W (WMc)

    Title:    Trinh, et al. vs. JP Morgan Chase Bank, N.A., et al.

    Nature of Case:        29:206 Collect Unpaid Wages

The above "low numbered" case and the present case appear

__X__   (1)    to arise from the same or substantially identical transactions, happenings or events; or

__X__   (2)    involve the same or substantially the same parties or property; or

_____   (3)    involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

__X__   (4)    call for determination of the same or substantially identical questions of law; or

__X__   (5)    where a case is refiled within one year of having previously been terminated by the Court; or

__X__   (6)    for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    08cv0152 W (WMc)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**W. Samuel Hamrick, Jr.**, Clerk of Court ,

DATED:    January 29, 2008        By: s/ A. Everill

(By) Deputy,

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: _/-31-08_        _____
                                                Thomas J. Whelan
                                                United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Thomas J. Whelan and Magistrate Judge William McCurine for all further proceedings.

DATED: _2/1/08_        _____
                                                Roger T. Benitez
                                                United States District Judge