| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | Alan R. Plutzik (Bar No. 077785) |
|   | L. Timothy Fisher (Bar No. 191626) |
| 3 | 2125 Oak Grove Road, Suite 120 |
|   | Walnut Creek, CA 94598 |
| 4 | Telephone: (925) 945-0770 |
| 5 | Facsimile: (925) 945-8792 |
| 6 | -and- |
|   | Joseph H. Meltzer |
| 7 | Gerald D. Wells, III |
|   | Robert J. Gray |
| 8 | Robert W. Biela |
| 9 | 280 King of Prussia Road |
|   | Radnor, PA 19087 |
| 10 | Telephone: (610) 667-7706 |
|    | Facsimile: (610) 667-7056 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A..; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Civil Action No. 08CV0152BENPOR<br><br>CLASS / COLLECTIVE COMPLAINT<br><br>**PROOF OF SERVICE** |

CLASS/COLLECTIVE COMPLAINT
54625

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Bramson, Plutzik, Mahler & Birkhaeuser<br>2125 OAK GROVE ROAD, SUITE # 120<br>WALNUT CREEK, CA 94598<br>Telephone No: 925-945-0200   FAX No: 925-945-8792<br>dschroeder@bramsonplutzik.com<br>Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court - Southern District Of California | | |
| Plaintiff: JIMENEZ<br>Defendant: JP MORGAN | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0152BENPOR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT

3. a. Party served:           JP MORGAN CHASE & CO.
   b. Person served:          MARIA SANCHEZ, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:   818 WEST 7TH STREET, SUITE 200B
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 13, 2008 (2) at: 3:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JP MORGAN CHASE & CO
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. ARTIN HALICI

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:** $49.50
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 5453
      (iii) County: LOS ANGELES
      (iv) Expiration Date: Fri, Nov. 21, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Feb. 14, 2008

   (ARTIN HALICI)

   Judicial Council Form POS-010          PROOF OF SERVICE                    5525.77401
   Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL