MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, State Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:    949.399.7000
Fax:   949.399.7001
E-mail: jwhite-sperling@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS, State Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    213.612.2500
Fax:   213.612.2501
E-mail: jmills@morganlewis.com

Attorneys for Defendants
JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK,
N.A.; CHASE MANHATTAN MORTGAGE CORP.

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK, State Bar No. 077785
L. TIMOTHY FISHER, State Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Tel:    925.945.0700
Fax:   925.945.8792

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA  19087
Tel:    610.667.7706
Fax:   610.667.7056

Attorneys for Plaintiff
CONCEPCION JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08cv0152 W (WMc)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE BE ADVISED that, pursuant to Civil Local Rules 7.2 and 12.1, JP MORGAN CHASE & CO., JP MORGAN CHASE BANK, N.A., CHASE MANHATTAN MORTGAGE CORPORATION ("Defendants") and CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated ("Plaintiff"), hereby jointly apply for an Order from this Court to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint based on the following good cause:

WHEREAS, on January 24, 2008, Plaintiff filed her Class/Collective Action Complaint ("Complaint");

WHEREAS, on February 13, 2008, Plaintiff served on Defendants the Summons and Complaint;

WHEREAS, Defendants' current deadline to respond to the Complaint is March 4, 2008;

WHEREAS, the parties agree that Defendants require additional time beyond the current deadline to adequately assess the Complaint and fashion an appropriate response;

WHEREAS, Defendants have not previously requested an extension of time to respond to the Complaint; and

WHEREAS, the parties have agreed to extend to April 3, 2008, the time by which Defendants must respond to the Complaint.

///
///
///
///
///
///
///
///
///

1  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and
2  Defendants as follows:
3  The Defendants will have until April 3, 2008 to file an Answer or otherwise
4  respond to the Complaint filed on January 24, 2008.
5  IT IS SO STIPULATED.

6  Dated: February 28, 2008                MORGAN, LEWIS & BOCKIUS LLP
                                           JENNIFER WHITE-SPERLING
7                                          JASON S. MILLS

9                                          By    s/ Jason S. Mills
                                              Jason S. Mills
10                                            Attorneys for Defendants
                                              JP MORGAN CHASE & CO.; JP
11                                            MORGAN CHASE BANK, N.A.; CHASE
                                              MANHATTAN MORTGAGE CORP.
12
    Dated: February 28, 2008                SCHIFFRIN BARROWAY TOPAZ &
13                                          KESSLER, LLP
                                            ALAN R. PLUTZIK
14                                          L. TIMOTHY FISHER

15                                          JOSEPH H. MELTZER
                                            GERALD D. WELLS, III
16                                          ROBERT J. GRAY
                                            ROBERT W. BIELA

19                                          By    s/ Gerald D. Wells
                                              Gerald D. Wells, III
20                                            Attorneys for Plaintiff
                                              CONCEPCION JIMENEZ

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/981144.1                               3              STIPULATION (08 CV 0152 BEN POR)