| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JENNIFER WHITE-SPERLING, State Bar No. 166504 |
|   | 5 Park Plaza, Suite 1750 |
|   | Irvine, CA  92614 |
| 3 | Tel:   949.399.7000 |
|   | Fax:  949.399.7001 |
| 4 | E-mail: jwhite-sperling@morganlewis.com |

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS, State Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   213.612.2500
Fax:  213.612.2501
E-mail: jmills@morganlewis.com

Attorneys for Defendants
JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.;
CHASE MANHATTAN MORTGAGE CORP.

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ALAN R. PLUTZIK, State Bar No. 077785
L. TIMOTHY FISHER, State Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Tel:   925.945.0700
Fax:  925.945.8792

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA  19087
Tel:   610.667.7706
Fax:  610.667.7056

Attorneys for Plaintiff
CONCEPCION JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08cv0152 W (WMc)<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

1-LA/981197.1

ORDER
(08 CV 0152 BEN POR)

1  This Court, having considered all papers submitted concerning Plaintiff Concepcion Jimenez, on behalf of herself and others similarly situated ("Plaintiff"), and Defendants JP Morgan Chase & Co.; JP Morgan Chase Bank, N.A.; Chase Manhattan Mortgage Corp.'s ("Defendants") Stipulation to Extend Time to Answer or Otherwise Respond to Complaint, and finding good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

(1) Defendants will have until April 3, 2008 to file an Answer or otherwise respond to the Complaint in the above-entitled matter.

**IT IS SO ORDERED.**

Dated: _____, 2008

_____
Thomas J. Whelan
Judge of the United States District Court