# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO., et. al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-0152 W (WMC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR RESPOND TO THE COMPLAINT (Doc. No. 6)** |

On January 24, 2008 Plaintiff Concepcion Jimenez ("Plaintiff") filed a class action complaint against Defendants JP Morgan Chase & Co., et. al. ("Defendants"). On February 28, 2008 both parties stipulated to an extension of time for Defendants to answer or respond to the complaint. (Doc. No. 6.)  Good cause showing, the Court **GRANTS** the parties' joint motion and extends Defendants' time to answer or respond to the complaint until **April 3, 2008**.

**IT IS SO ORDERED.**

DATED: February 29, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge