UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

Concepcion Jimenez                              )
                                                )
                    Plaintiff                   )        Case No. 3:08-cv-00152-W-WMC  PM 3: 34
                                                )                                          200
                                                )
        vs.                                     )        PRO HAC VICE APPLICATION
                                                )
JP Morgan Chase & Co. et al                     )
                                                )        Plaintiffs
                    Defendant                   )        Party Represented              DEPUTY
_____)

        I, Robert J. Gray _____ hereby petition the above entitled court to permit me
                    (Applicant)
to appear and participate in this case and in support of petition state:

        My firm name:       Schiffrin Barroway Topaz & Kessler, LLP
        Street address:     280 King of Prussia Road
        City, State, ZIP:   Radnor, PA  19807
        Phone number:       (610) 667-7706

        That on  11/2000 _____ I was admitted to practice before  State of Pennsylvania
                  (Date)                                                  (Name of Court)
and am currently in good standing and eligible to practice in said court,

        that I am not currently suspended or disbarred in any other court, and

        that I [X] have) [ ] have not) concurrently or within the year preceding this application made any pro hac
vice application to this court.

                        **(If previous application made, complete the following)**
Title of case  IN RE M.L. STERN OVERTIME LITIGATION

Case number  3:07-cv-00118-BTM-JMA _____ Date of application 04/03/2007

Application       [X] granted        [ ] denied

        I declare under penalty of perjury that the foregoing is true and correct.

                                                _____
                                                (Signature of Applicant)

                        **DESIGNATION OF LOCAL COUNSEL**

        I hereby designate the below named as associate local counsel.

Lawrence Timothy Fisher _____        (925) 945-0200 _____
        (Name)                                          (Telephone)
Schiffrin Barroway Topaz & Kessler, LLP
        (Firm)
2125 Oak Grove Road, Suite 120 _____  Walnut Creek _____        CA 94598 _____
        (Street)                              (City)                     (Zip code)

                                                _____
                                                Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Received $180.00 for Court Library fee

_____ Deputy Clerk

Date 3/5/08 _____
It is so ordered,

_____

### Pro Hac Vice    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07