1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, CA 94598
4  Telephone: (925) 945-0770
   Facsimile: (925) 945-8792
5
   -and-
6
   Joseph H. Meltzer
7  Gerald D. Wells, III
   Robert J. Gray
8  Robert W. Biela
   280 King of Prussia Road
9  Radnor, PA 19087
   Telephone: (610) 667-7706
10 Facsimile: (610) 667-7056

11                    **UNITED STATES DISTRICT COURT**
12                    **SOUTHERN DISTRICT OF CALIFORNIA**

13 | CONCEPCION JIMENEZ, on behalf of
   | herself and all others similarly situated,
14 |                                                Civil Action No. 08CV0152BENPOR
15 |              Plaintiff,
16 |        v.
   |                                                CLASS / COLLECTIVE COMPLAINT
17 | JP MORGAN CHASE & CO.; JP
   | MORGAN CHASE BANK, N.A..;
18 | CHASE MANHATTAN MORTGAGE              **PROOF OF SERVICE**
19 | CORP.; and DOES 1 through 10,
   | inclusive,
20 |
21 |              Defendant.

22
23
24
25
26
27
28

CLASS/COLLECTIVE COMPLAINT
54625

| Attorney or Party without Attorney: Law Offices Of: Bramson, Plutzik, Mahler & Birkhaeuser 2125 OAK GROVE ROAD, SUITE # 120 WALNUT CREEK, CA 94598 Telephone No: 925-945-0200   FAX No: 925-945-8792 dschroeder@bramsonplutzik.com Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United Stated District Court - Southern District Of California | | |
| Plaintiff: JIMENEZ | | |
| Defendant: JP MORGAN | | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV0152BENPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT

3. a. Party served:        JP MORGAN CHASE BANK, N.A.
   b. Person served:       MARIA SANCHEZ, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:   818 WEST 7TH STREET, SUITE 200B
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 13, 2008 (2) at: 3:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JP MORGAN CHASE BANK, N.A.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. ARTIN HALICI

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   Professional Legal Services and Photocopying at an affordable price!

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $49.50
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   5453
       (iii) County:            LOS ANGELES
       (iv) Expiration Date:    Fri, Nov. 21, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Feb. 14, 2008

   (ARTIN HALICI)

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   5525.77402