| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JENNIFER WHITE-SPERLING, State Bar No. 166504<br>5 Park Plaza, Suite 1750 |
| 3 | Irvine, CA 92614<br>Tel: 949.399.7000 |
| 4 | Fax: 949.399.7001<br>E-mail: jwhite-sperling@morganlewis.com |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | JASON S. MILLS, State Bar No. 225126<br>300 South Grand Avenue |
| 7 | Twenty-Second Floor<br>Los Angeles, CA 90071-3132 |
| 8 | Tel: 213.612.2500<br>Fax: 213.612.2501 |
| 9 | E-mail: jmills@morganlewis.com |
| 10 | Attorneys for Defendants<br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK,<br>N.A.; CHASE MANHATTAN MORTGAGE CORP. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE & CO.;<br>JPMORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE<br>CORP.; and DOES 1 through 10,<br>inclusive,<br><br>              Defendants. | Case No. 08cv0152 W (WMc)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND RULE 12(B)(1)**<br><br>Date:    May 5, 2008<br>Time:   10:30 a.m.<br>Judge:  T. J. Whelan<br>Dept:   Courtroom 7<br><br>Trial:    None set.<br><br>[No oral argument pursuant to Local Rule] | |

wwwwW

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF CONCEPCION JIMENEZ AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 5, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 7 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), Defendants JP Morgan Chase & Co., JP Morgan Chase Bank, N.A.; and Chase Manhattan Mortgage Corp. ("Defendants") will and hereby do move the Court to dismiss with prejudice in its entirety Plaintiff Concepcion Jimenez's ("Plaintiff") Complaint.

First, Plaintiff's claims should be dismissed because she signed a Release in which she expressly released, and covenanted not to sue the Company regarding, precisely the state wage-hour claims she now brings in this lawsuit. Moreover, Plaintiff agreed that she would not participate in any collective action arising out of her employment with the Company.

Second, Plaintiff lacks standing to pursue her claims both individually and on behalf of a class. Plaintiff lacks standing individually because: (1) she cannot establish injury in fact; and (2) she cannot show any causal connection between any conduct on the part of Defendants and her alleged injury. Plaintiff lacks standing to pursue her claims on behalf of a class because she is not similar to the employees she seeks to represent. Indeed, as an employee who was eligible for and received overtime, Jimenez is not a member of the purported class of allegedly misclassified exempt employees. Moreover, Jimenez cannot seek to represent a class of employees based on the very claims that she lacks standing to pursue on her own behalf.

This motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration submitted herewith, the exhibits attached thereto, the pleadings and records on file herein, and on such other and further

1 | argument and evidence as may be presented at the time of the hearing and all
2 | matters of which this Court may take judicial notice.
3 |
4 | Dated: April 3, 2008        MORGAN, LEWIS & BOCKIUS LLP
5 |                             JENNIFER WHITE-SPERLING
                                JASON S. MILLS
6 |
7 |                             By   /s/ Jason S. Mills
                                    Jason S. Mills
8 |                                 Attorneys for Defendants
                                    JPMORGAN CHASE & CO.;
9 |                                 JPMORGAN CHASE BANK, N.A.;
                                    CHASE MANHATTAN MORTGAGE
10|                                 CORP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/987001.1         3         NOTICE OF MOTION TO
                                DISMISS (08CV0152 W (WMC))