MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, State Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: jwhite-sperling@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS, State Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
E-mail: jmills@morganlewis.com

Attorneys for Defendants
JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08cv0152 W (WMc)<br><br>**DECLARATION OF JASON S. MILLS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND RULE 12(B)(1)**<br><br>Date: May 5, 2008<br>Time: 10:30 a.m.<br>Judge: T. J. Whelan<br>Dept: Courtroom 7<br><br>Trial: None set.<br><br>[No oral argument pursuant to Local Rule] |

I, Jason S. Mills, hereby declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of California. I am an associate with the law firm of Morgan, Lewis & Bockius, LLP, counsel for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.; and Chase Manhattan Mortgage Corp. ("Defendants"). I make this declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) and Rule 12(b)(1). I have personal knowledge of the facts stated in this Declaration and, if called as witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Concepcion Jimenez's ("Plaintiff") offer letter, dated September 27, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's pay check data for the period November 16, 2006 through November 30, 2006.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Release Agreement between the Company and Plaintiff.

5. Attached hereto as Exhibit 4 is a true and correct copy of the "Notice to JPMorgan Chase & Co. Loan Officers/Financial Sales Representatives who were not compensated for overtime," signed by counsel Marc A. Topaz of Schiffrin & Barroway, LLP.

///
///
///
///
///
///
///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/987003.1

2

DECLARATION OF JASON S. MILLS
(08 CV 0152 W (WMC))

1    6.   Attached hereto as Exhibit 5 is a true and correct copy of a "draft" class action complaint, originally provided as an enclosure to Exhibit 4, above.

Executed at Los Angeles, California, on April 3, 2008.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated:   April 3, 2008

By _____
Jason S. Mills
Attorneys for Defendant
JPMorgan Chase & Co., JPMorgan Chase Bank, N.A.; Chase Manhattan Mortgage Corp.