| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | Alan R. Plutzik |
|   | L. Timothy Fisher |
| 3 | 2125 Oak Grove Road, Suite 120 |
|   | Walnut Creek, CA 94598 |
| 4 | Telephone: (925) 945-0770 |
|   | Facsimile: (925) 945-8792 |
| 5 | |
| 6 | -and- |
| 7 | Joseph H. Meltzer |
|   | Gerald D. Wells, III |
| 8 | Robert J. Gray |
|   | Robert W. Biela |
| 9 | 280 King of Prussia Road |
|   | Radnor, PA 19087 |
| 10 | Telephone: (610) 667-7706 |
| 11 | Facsimile: (610) 667-7056 |
| 12 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO.;<br>JP MORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>**DECLARATION OF GERALD D. WELLS, III IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND RULE 12(B)(1)** |

I, GERALD D. WELLS, III, declare:

1. I am an associate at the law firm of Schiffrin Barroway Topaz & Kessler, LLP. I make this declaration in support of Plaintiff's Opposition to Defendants JP Morgan Chase & Co., JP Morgan Chase Bank, N.A., and Chase Manhattan Mortgage Corp. ("Defendants") Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) and Rule 12(b)(1). I have personal knowledge of the facts stated in this Declaration and, if called as witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Concepcion Jimenez's ("Plaintiff") termination letter from Defendants, dated June 18, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the "Release Agreement" received by Plaintiff from Defendants.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 22, 2008, in Radnor, Pennsylvania.

_____
Gerald D. Wells, III
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**