# EXHIBIT A

# JPMorganChase ◐

June 18, 2007

Concepcion Jimenez
1359 Frauline Dr.
San Diego, CA 92154

Dear Concepcion,

Due to changes in our business, our staffing needs have changed. As a result, your position will be eliminated and your employment termination date with JPMorgan Chase will be 08/17/2007. Your notice period begins on 06/19/2007 and ends on 08/17/2007. This notice letter summarizes the severance pay and related JPMorgan Chase benefits and services for which you may be eligible based on the terms of the JPMorgan Chase Severance Pay Plan (the "Severance Plan"). Also enclosed with this notice letter is an attachment that provides information concerning other individuals in the same decisional unit or job classification who have been released and those who have been retained as part of this job elimination process.

**Severance Pay**
If you do not secure another position within JPMorgan Chase by your termination date, you will receive 4 weeks of severance pay ("severance period") in accordance with the terms of the JPMorgan Chase Severance Pay Plan, provided that you execute the enclosed Release Agreement ("Release") within the required time frame. Please note that your severance will be equivalent to 4 weeks of pay; although timing of your severance payments will occur in accordance with applicable pay cycles. Severance payments will be made in semimonthly installments for the duration of your severance period. You generally will receive your first severance payment at the same time that you receive your final pay. Otherwise, payment will be made in the following pay cycle.

Applicable taxes and other legally required deductions will be withheld from all severance payments. Contributions for applicable JPMorgan Chase Benefits Program coverage (as described below), as well as any deductions for participation in the JPMorgan Chase MetLife Auto Insurance Program, will also be deducted from your severance payments. **Please Note:** Because severance payments are not eligible benefits pay under the JPMorgan Chase 401(k) Savings Plan or Retirement Plan, any 401(k) Savings Plan employee and matching contributions, as well as Retirement Plan pay credits, will end as of your termination date.

---

This letter serves as notice under applicable federal, state, and/or local law regarding plant closings and job layoffs, including the Worker Adjustment and Retraining Notification Act (WARN), if applicable. If WARN applies, please be advised that this job elimination is expected to be permanent in nature and that no "bumping rights" exist. JPMorgan Chase reserves the right to rescind this notice or change the effective termination date for any reason.

**Please Note:** Until your termination date, you will continue to be treated as an active employee and will be expected to continue performing your assigned duties, unless otherwise directed by your manager. If you fail to perform in a satisfactory manner or leave the firm before your termination date without having been released by your manager, you will <u>not</u> be eligible for severance pay and related benefits and services described in this letter.

**Requirement to Execute the Release**
Enclosed with this notice letter are two copies of the Release. You have until 08/02/2007 (<u>45 calendar days</u> from the date of this notice letter) to execute the Release, which includes signing, notarizing, and returning one copy to your designated JPMorgan Chase Human Resources Business Partner (as noted in the Release). **Important Reminder:** If JPMorgan Chase is not in receipt of your signed and notarized Release within this time frame, you will <u>not</u> be eligible for severance pay and related benefits and services described in this letter.

After executing the Release, you will have <u>seven calendar days</u> to change your mind and revoke it. Your revocation must be in writing and delivered within the seven-day period to your designated Human Resources Business Partner (as noted in the Release). If you revoke the Release, you will <u>not</u> be eligible for any severance pay or related benefits and services described in this letter.

**Severance-Related Benefits & Services**
As an individual who is eligible for severance pay, you are also eligible to continue participating in the JPMorgan Chase benefits plans listed in the following table for the length of your severance period based on your employee coverage/participation at termination (if any). It's important to note, however, that, as explained above, your eligibility for these benefits is conditioned upon JPMorgan Chase's receipt of the executed Release. Applicable contributions for these benefits will be deducted from your severance payments.

*Benefits Available During Your Severance Period*

| | |
|---|---|
| • **Medical:** You may continue participating on a before-tax basis at company-subsidized employee rates.<br>• **Dental:** You may continue participating on a before-tax basis at company-subsidized employee rates.<br>• **Employee Assistance Program:** Company-provided coverage continues at no cost to you.<br>• **Vision:** You may continue participating on a before-tax basis.<br>• **Health Care Spending Account:** You may continue contributions on a before-tax basis. | • **Basic Life Insurance:** Company-provided coverage continues at no cost to you.<br>• **Supplemental Term Life Insurance:** You may continue participating on an after-tax basis.<br>• **Accidental Death and Dismemberment (AD&D) Insurance:** You may continue participating on an after-tax basis.<br>• **Long-Term Care Insurance:** You may continue participating on an after-tax basis.<br>• **Group Legal Services:** You may continue participating on an after-tax basis. |

*Benefits That End Upon Your Termination*

| | |
|---|---|
| • **JPMorgan Chase Disability Leave Policy**<br>• **Long-Term Disability Plan**<br>• **Child/Elder Care Spending Account**<br>• **Transportation Spending Accounts**<br>• **Business Travel Accident (BTA) Insurance Plan** | • **401(k) Savings Plan**<br>• **Retirement Plan**<br>• **Employee Stock Purchase Plan**<br>• **Deferred Compensation Program** |

> *Take Action: Important Information Regarding Your Transportation Spending Accounts Participation*
>
> If you are participating in the Transportation Spending Accounts, **it is important that you cancel your participation in the Transit Account and/or Parking Account prior to your termination date to avoid forfeiting any contributions.** As a reminder, your payroll deductions for a given month are used to fund eligible commuting expenses for the next month. For example, your October contributions are used to pay for November commutation expenses. If you are leaving effective November 1, you should cancel your participation by October 1 to avoid contributions from being deducted from your October pay. You may cancel your participation by going to the Transportation Spending Accounts Web Center on My Rewards @ Work. Please refer to the JPMorgan Chase **As You Leave Guide** or **As You Retire Guide** for more information on canceling your participation in these accounts. (See below for information on how to access these Guides.)

You will receive more information regarding your distribution options under the 401(k) Savings Plan, Retirement Plan, and/or Deferred Compensation Program shortly after your termination date. In addition, if you meet certain age and service requirements on your termination date, you also may be eligible to participate in the JPMorgan Chase Retiree Benefits Program. Shortly following your termination date (and depending on your personal situation), you will receive a copy of the JPMorgan Chase **As You Leave Guide** or **As You Retire Guide** at your home address. These Guides contain a detailed summary of pay and benefits-related issues pertaining to the end of your employment with the firm. For your convenience you can access these Guides online at Company Home > HR & Personal > Pay & Benefits > Library. (For an advance paper copy of either Guide, please call the *access*HR Contact Center at 1-877-JPMChase (1-877-576-2427). Customer Service Representatives are available Monday through Friday from 8 a.m. to 7 p.m. New York Time, except certain U.S. holidays. The TDD number for individuals with a hearing impairment is 1-800-719-9980.)

### Stock Program Awards

If you have outstanding awards under any JPMorgan Chase or heritage organization stock program (i.e., Value Shares, Long-Term Incentive Program, etc.), such awards are subject to the terms and conditions set forth in each applicable award agreement. For outstanding Long-Term Incentive Plan awards granted on or after January 1, 2003 for heritage JPMorgan Chase individuals and on or after July 1, 2004 for all other individuals, treatment under the terms and conditions relating to job eliminations is contingent on the receipt of an executed Release by JPMorgan Chase. If you do **not** return an executed Release in this situation, you will immediately forfeit any applicable awards on your termination date.

**Important Note:** It is your responsibility to confirm the terms and conditions applicable to any outstanding stock program award -- particularly expiration and exercise dates for stock options/stock appreciation rights -- before your termination date. For more specific information, please refer to the JPMorgan Chase **As You Leave Guide** or **As You Retire Guide**. (See above for information on how to access these Guides.)

### Career Services

You will be eligible for assistance in making the transition to other employment through Career Services provided you execute the Release. These services are available at no cost to you and include individual sessions and job search workshops and assistance with resume preparation, interviewing and networking. You may begin using Career Services in advance of executing the Release and for a maximum of one year following your termination date or until you have obtained a position. However, if you do **not** execute the Release within the required time frame, you may **not** continue to use these services. For more information on Career Services, please call DBM at 1-800-245-0891.

# Answers to Commonly Asked Questions About Job Elimination

The attached Questions & Answers represent highlights of many of JPMorgan Chase's Human Resources policies and benefit plans. This Information is applicable to JPMorgan Chase salaried employees. The JPMorgan Chase Severance Pay Plan is discretionary as to whether severance is provided and is a welfare plan under the Employee Retirement Income Security Act (ERISA). The answers provided herein are as per the terms of the Severance Pay Plan in effect for employees who receive written notification of position elimination on or after October 1, 2006. In the event of any conflict between the Information in this document and the Plan document, the latter shall control.

JPMorgan Chase reserves the right to alter, amend, change, or terminate these policies or plans at any time.

**February, 2007**

## Section I – U.S. Severance Program Information

**Q1**  **What is a release?**
A release is a legally binding document that describes legal claims an individual agrees to waive in exchange for severance pay and other benefits. A release may also include other obligations.

**Q2**  **What does it mean to "execute" the Release?**
Executing the Release means you have considered, signed, and returned a notarized original of the document to the designated Human Resources Business Partner within 45 calendar days after receiving the notice letter and Release.

**Q3**  **What do I receive if I do not execute the Release?**
If you do not execute the Release you will not receive severance pay, severance-related benefits or on-going career services. In addition, outstanding restricted stock/units and stock options/stock appreciation awards under JPMorgan Chase's Long Term Incentive or Stock Option Plans granted on or after January 1, 2003 for heritage JPMorgan Chase employees or on or after July 1, 2004 for other employees are forfeited. However, other benefits are unaffected. If eligible, you may elect COBRA continuation coverage for healthcare benefits or receive retiree benefits (provided that you are eligible without regard to position elimination). You will become fully vested in your Retirement Plan account regardless of your years of service as of your termination date. You maintain eligibility to exercise outstanding broad-based stock options. Please note that the terms and conditions for LTIP awards (restricted stock/units and stock options/stock appreciation awards) granted prior to January 1, 2003 for heritage JPMorgan Chase employees or prior to July 1, 2004 for heritage Bank One employees have not changed. Therefore, treatment of any of these outstanding grants will be as per the terms and conditions applicable to these grants.

**Q4**  **How many weeks of severance will be provided under the Severance Pay Plan?**
If you are eligible and execute the Release, the Plan provides severance payments in semimonthly installments for each year of continuous service according to the schedule in the Severance Pay Plan applicable to you. Years of continuous service for the purposes of determining severance includes the period through your termination date. Severance is based on base salary (including shift differential) at the time of your termination. If you are a commission-paid employee, you should refer to your Benefits Pay information sheet to determine the compensation on which your severance is based. If you have a partial year of service that is six months or longer, you will be credited with a full year of service.

**Q5**  **If I sign the Release, can I elect to receive my severance pay in a lump sum?**
No, you may not elect to receive the severance for which you are eligible in a lump sum.

**Q6**  **If I am eligible to retire at the time of my termination for position elimination, will I still get severance pay?**
Yes, you will receive the severance pay for which you are eligible provided you have received the notice letter referred to above and you have executed the Release.

**Q7**  **What happens if an employee who received a notice letter dies before severance is paid?**
In the event of an employee's death, any unpaid severance balance will be paid to the beneficiary that the employee designated to receive his or her basic life insurance. If no beneficiary was named for basic life insurance, the payment will be made to the employee's estate. If the employee did not execute the Release prior to his or her death, the employee's beneficiary or estate will be required to do so in order to receive benefits under the Plan.

In the case of any discrepancy between these Qs & As and the HR Policies and plan documents, then the HR Policies and plan documents will govern.
1

## Section II -- Health and Income Protection Benefits

**Q8**   **If I execute the Release, what benefits are continued during the severance period?**
If you execute the Release and receive severance pay, you may continue medical and/or dental coverage at subsidized employee rates on a before-tax basis. You may also continue participating in the Vision Plan and the Health Care Spending Account on a before-tax basis. If you are currently participating in the Supplemental Term Life Insurance Plan, the Accidental Death and Dismemberment (AD&D) Insurance Plan, Long-Term Care Insurance Plan, and/or the Group Legal Services Plan, you may continue participating in these plans on an after-tax basis. Contributions for the above mentioned benefits plans will be deducted from your severance payments. You will be eligible for EAP and firm-provided basic life insurance, without cost, through your severance period. You will receive confirmation, under separate cover, regarding benefits for which you continue to be eligible. Please note that your participation in the Disability Leave Policy, the Long-Term Disability Plan, the Child/Elder Care Spending Account, and the Transportation Spending Accounts ends on your termination date.

Once your severance payments end, you may, if you are eligible, continue medical, dental and/or vision coverage and EAP coverage under COBRA for up to an additional 18 months at the COBRA rate, which is 102% of the total cost of those benefits. You may also continue the Health Care Spending Account through the end of the plan year in which your severance payment period ends by making after-tax contributions. Additionally, you may convert your firm-provided basic life insurance to an individual policy. Employee and dependent supplemental term life and AD&D insurance can be ported.

## Section III -- 401(k) Savings Plan Information

**Q9**   **When am I vested in my 401(k) Savings Plan account?**
Any contributions you make to the 401(k) Savings Plan and their investment experience and JPMorgan Chase matching contributions, if eligible, and their investment experience are always fully vested.

**Q10**   **Can I continue to make contributions to my 401(k) Savings Plan account during my severance period?**
No. Severance payments are not considered eligible compensation under the 401(k) Savings Plan and therefore any before-tax, Roth 401(k), and matching contributions, if eligible, will cease as of your termination date.

**Q11**   **How do I request a distribution of the vested balance of my 401(k) Savings Plan account?**
You will receive information regarding your final distribution and/or deferral options from the 401(k) Savings Plan Call Center following your termination date. If you wish, you can initiate a distribution of your vested balance by visiting the 401(k) Savings Plan Web Center via the Internet at www.MyRewardsAtWork.com or by contacting the 401(k) Savings Plan Call Center at 1-866-JPMC401k (1-866-576-2401). The TDD number for participants with a hearing impairment is 1-800-345-1833. Participant Service Representatives are available from 8 a.m. to 8 p.m. Eastern Time, Monday through Friday, except New York Stock Exchange holidays. Please note that you are not considered to be separated from service until after your notice period ends and it may take approximately 10 business days after your termination date for your 401(k) Savings Plan records to be updated to reflect your termination.

It is recommended that you consult with your tax advisor before making a decision regarding any plan distribution.

---

In the case of any discrepancy between these Qs & As and the HR Policies and plan documents, then the HR Policies and plan documents will govern.

2

**Q12    What happens if I do not elect to receive my 401(k) Savings Plan account balance when I leave?**

- If your account balance is $1,000 or greater when your employment ends, you may elect to receive your entire balance as of any date before April 1 of the year following the year in which you attain age 70 ½. You may also elect monthly, quarterly, or annual installments paid over a fixed number of years or over your lifetime ("lifetime Installments"). If you elect to defer payment or receive installments, your account balance will continue to reflect the investment experience of the funds in which it is invested.

If your account balance is less than $1,000 when your employment ends, you will have approximately 90 days after you leave JPMorgan Chase to make a distribution election. If you do not make an election by this date, your vested balance, to the extent permitted by law, will automatically be paid to you in cash as a lump-sum payment with 20% federal tax withheld from the taxable portion of your distribution approximately four months following your date of termination, unless you elect to directly roll it over to an individual retirement account (IRA) or another qualified plan.

If you contributed to the plan on a Roth 401(k) basis, your Roth contributions will be distributed tax-free. Associated investment earnings will also be distributed tax-free if:
- Your Roth 401(k) account was in existence for at least five years, and
- You do not withdraw your Roth 401(k) account until you reach age 59 1/2, die, or become disabled.

Roth 401(k) contributions and associated investment earnings can be rolled over to a Roth IRA, not a traditional IRA.

It is recommended that you consult with your tax advisor before making a decision regarding any plan distribution.

**Q13    I have an outstanding 401(k) Savings Plan loan. How will this be treated?**

When you leave JPMorgan Chase, you must repay all outstanding loans.

However, if your vested balance (including the amount of any outstanding loans) is $1,000 or greater, your loan may remain outstanding to the maturity date of your loan. To take advantage of this feature, **you must not elect a distribution of your account balance.** In addition, you must authorize semimonthly automatic electronic withdrawals from your bank account.

If you do not repay your loan, it will be considered to be in default. It will be treated as a taxable distribution to you and may also be subject to an additional 10% distribution tax penalty. To repay your outstanding loan balance in full or to arrange automatic electronic withdrawals, please contact the 401(k) Savings Plan Call Center at 1-866-JPMC401k (1-866-576-2401) within 60 days of the date your employment at JPMorgan Chase ends.

**Q14    I have a heritage Bank One Supplemental Savings and Investment Plan (SSIP) account. How will this be distributed to me?**

Prior to your termination date, you should complete an Election Form indicating how you would like the SSIP to be paid. You can elect to receive your SSIP in a lump sum payment, or in monthly, quarterly, or annual installments from three to fifteen years. If you don't submit an Election Form **prior** to your termination date, you will automatically receive a lump sum payment in January of the year following your termination date. Please contact the 401(k) Savings Plan Call Center at 1-866-576-2401 for further information.

**Q15    Can I rollover my Supplemental Savings and Investment Plan (SSIP) account to my 401(k) Savings Plan Account or an IRA?**

In the case of any discrepancy between these Qs & As and the HR Policies and plan documents, then the HR Policies and plan documents will govern.

3

No, the SSIP is a non-qualified plan. As such, your SSIP account cannot be rolled over to the 401(k) Savings Plan or an IRA.

## Section IV – Retirement Plan Information

**Q16    When am I vested in my Retirement Plan account?**
Generally, employees become fully vested in the Retirement Plan benefit after completing five years of service. However, if your job is eliminated, special vesting provisions apply and you will become fully vested in your accrued benefit regardless of your years of service as of your termination date.

**Q17    Will pay credits be added to my Retirement Plan account balance during my severance period?**
No, severance payments are not considered eligible compensation under the Retirement Plan and therefore any pay credits will cease as of your termination date. However, if you elect to defer receipt of your Retirement Plan cash balance account, your account will continue to earn interest credits. Once your account balance is distributed or benefit payments commence, interest credits are no longer applicable.

**Q18    How do I request a distribution of my Retirement Plan account?**
A Retirement Plan Package will be sent to your home approximately four weeks after your termination date. The package will contain a letter highlighting Retirement Plan payment options as well as an Election Form. Your vested benefit is payable as a monthly annuity or as a lump-sum payment. You must complete and return the Election Form in order to receive a distribution of your vested balance. Questions on this benefit should be referred to the *accessHR* Contact Center at 1-877-JPMChase (1-877-576-2427). The TDD number for participants with a hearing impairment is 1-800-719-9980.

It is recommended that you consult with your tax advisor before making a decision regarding any plan distribution.

**Q19    I have an Excess Retirement Plan account balance, including any account balance in the heritage Bank One Supplemental Personal Pension Account Plan (SPPAP). How will this be distributed to me?**
Your Excess Retirement Plan balance will be paid as a lump sum in the year following your termination date, as follows:
- **If your termination date is between January 1 and June 30**, your distribution will be made in January of the following year; or
- **If your termination date is between July 1 and December 31**, your distribution will be made in July of the following year.

**Q20    Can I rollover my Supplemental PPAP (SPPAP) account to my 401(k) Savings Plan account or an IRA?**
No, the SPPAP is a non-qualified plan. As such, it cannot be rolled over to the 401(k) Savings Plan or an IRA.

## Section V – Broad-Based Stock Option Programs

**Q21    What happens to the options I have received under JPMorgan Chase's employee stock option program?**
If you were awarded options under JPMorgan Chase's broad-based employee stock option program, then you will have the right to exercise outstanding Value Share options awarded prior to your termination date on the same terms and conditions as if you had continued working for

---

In the case of any discrepancy between these Qs & As and the HR Policies and plan documents, then the HR Policies and plan documents will govern.
4

**Q26    Can I continue to use Employee Assistance Program (EAP) services during my severance period?**
EAP coverage will continue through the period you receive severance under the terms of the Severance Pay Plan. When your severance ends, you may elect to continue EAP coverage under COBRA, generally for up to 18 months.

**Q27    What career services assistance will I receive?**
You will be eligible for a wide array of personal career transition services to help you plan for your future.  You will receive services for a maximum of one year if you execute the Release.  These services include the following:

- Training in job search skills, such as resume preparation, interviewing and networking techniques, assessments
- Individual and group sessions with a professional career counselor
- Access to office support services such as word processing, mailings, phones, fax machines, copiers, and personal computers
- Workshops on topics such as resume writing and interviewing skills
- Assistance in researching companies and targeting industries, specific companies, and job market opportunities

**Q28    Can I begin using career services before I execute the Release?**
Yes, but if you don't execute the Release by the 45th calendar day of receiving notice, or you revoke the Release, you are no longer eligible to use career services.

## ADDITIONAL INFORMATION ABOUT

## SEVERANCE PAY PLAN BENEFITS

The following information is being provided to employees who are eligible to receive severance benefits under the JPMorgan Chase & Co. Severance Pay Plan (the Plan) in connection with the realignment of the HLD.

The decisional unit is the HLD. Severance Pay benefits are being offered to eligible employees whose jobs have been eliminated in connection with the realignment of that department. Eligibility factors for job elimination included All non-prime positions at the site. Eligible employees must decide whether to accept the terms of the accompanying General Release within 45 days after receipt of this information. An employee who does not return a signed copy of the General Release within this 45-day period will not receive severance benefits detailed in the Plan.

The attached schedule shows the specific job title and ages of the employees who are eligible for severance benefits and those who are not eligible.

## ELIGIBLE EMPLOYEES

The following employees are eligible for severance benefits under the Plan in return for signing, within 45 days, the General Release associated with the Plan:

| Job Title | Age |
|---|---|
| Home Loan Sales Manager | 60 |
| Home Loan Sales Originator | 40 |
| Home Loan Sales Originator | 34 |
| Home Loan Sales Originator | 29 |
| Home Loan Sales Originator | 31 |
| Home Loan Sales Originator | 33 |
| Home Loan Sales Originator | 49 |
| Home Loan Sales Originator | 31 |
| Home Loan Sales Originator | 33 |
| Home Loan Sales Originator | 33 |
| Home Loan Sales Originator | 24 |
| Home Loan Sales Originator | 32 |
| Home Loan Sales Originator | 33 |
| Home Loan Sales Originator | 34 |
| Home Loan Sales Originator | 32 |
| Home Loan Sales Manager | 38 |
| Home Loan Sales Originator | 27 |

| | |
|---|---|
| Home Loan Sales Manager | 32 |
| Home Loan Sales Orignator (GF) | 34 |
| Home Loan Sales Originator | 33 |
| Home Loan Sales Originator | 36 |
| Home Loan Sales Originator | 30 |
| Home Loan Sales Originator | 29 |
| Home Loan Sales Originator | 42 |
| Home Loan Sales Originator | 32 |
| Home Loan Sales Originator | 30 |
| Home Loan Sales Originator | 32 |
| Home Loan Sales Originator | 39 |
| Home Loan Sales Originator | 37 |
| Home Loan Sales Originator | 30 |
| Home Loan Sales Originator | 29 |
| Home Loan Sales Originator | 30 |
| Home Loan Sales Originator | 28 |
| Home Loan Sales Originator | 38 |
| Home Loan Sales Manager | 42 |
| Home Loan Sales Originator | 27 |
| Admin Coordinator | 60 |
| Home Loan Sales Originator | 27 |
| Home Loan Site Sales Mgr | 47 |
| Home Loan Sales Orignator (GF) | 46 |
| Home Loan Sales Orignator (GF) | 47 |
| Business Analyst I | 47 |
| Customer Service Rep I | 23 |
| Home Loan Sales Originator | 27 |
| Home Loan Sales Originator | 37 |
| Home Loan Sales Originator | 30 |
| Home Loan Sales Originator | 29 |
| Home Loan Sales Originator | 32 |
| Home Loan Sales Originator | 26 |
| Home Loan Sales Originator | 26 |
| Home Loan Sales Originator | 29 |
| Home Loan Sales Originator | 32 |

| Home Loan Sales Originator | 29 |
|---|---|
| Home Loan Sales Originator | 41 |
| Home Loan Sales Originator | 27 |
| Home Loan Sales Originator | 39 |

## INELIGIBLE EMPLOYEES

The following employees are ineligible for severance benefits under the Plan:

| Job Title | Age |
|---|---|
| No Employees | N/A |

---

*This report provides information concerning others in your business area or job classification who have been retained and those who have been released.