```
 1  MORGAN, LEWIS & BOCKIUS LLP
    JENNIFER WHITE-SPERLING, State Bar No. 166504
 2  5 Park Plaza, Suite 1750
    Irvine, CA 92614
 3  Tel:   949.399.7000
    Fax:   949.399.7001
 4  E-mail: jwhite-sperling@morganlewis.com

 5  MORGAN, LEWIS & BOCKIUS LLP
    JASON S. MILLS, State Bar No. 225126
 6  300 South Grand Avenue
    Twenty-Second Floor
 7  Los Angeles, CA 90071-3132
    Tel:   213.612.2500
 8  Fax:   213.612.2501
    E-mail: jmills@morganlewis.com
 9
    Attorneys for Defendants
10  JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK,
    N.A.; CHASE MANHATTAN MORTGAGE CORP.
11
    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
12  ALAN R. PLUTZIK, State Bar No. 077785
    L. TIMOTHY FISHER, State Bar No. 191626
13  2125 Oak Grove Road, Suite 120
    Walnut Creek, CA 94598
14  Tel:   925.945.0700
    Fax:   925.945.8792
15
    Joseph H. Meltzer
16  Gerald D. Wells, III
    Robert J. Gray
17  Robert W. Biela
    280 King of Prussia Road
18  Radnor, PA 19087
    Tel:   610.667.7706
19  Fax:   610.667.7056

20  Attorneys for Plaintiff
    CONCEPCION JIMENEZ
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 08cv0152 W (WMc)<br><br>**JOINT MOTION TO ADJUST TIME FOR PARTIES TO FILE AND SERVE OPPOSITION AND REPLY BRIEFS IN RE DEFENDANT'S MOTION TO DISMISS** |
|---|---|

1  TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
2  DISTRICT OF CALIFORNIA:
3  PLEASE BE ADVISED that, pursuant to Civil Local Rule 7.2, JP MORGAN
4  CHASE & CO., JP MORGAN CHASE BANK, N.A., CHASE MANHATTAN
5  MORTGAGE CORPORATION ("Defendants") and CONCEPCION JIMENEZ, on
6  behalf of herself and all others similarly situated ("Plaintiff"), hereby jointly apply for an
7  Order from this Court to adjust the deadline for the parties to file and serve their
8  respective opposition and reply briefs in regard to Defendant's Motion to Dismiss
9  Plaintiff's Complaint Pursuant to Rule 12(b)(6) and Rule 12(b)(1) (the "Motion") based
10  on the following good cause:
11  WHEREAS, Defendants filed the Motion on April 3, 2008;
12  WHEREAS, Plaintiff's opposition to the Motion originally was due by April 21,
13  2008;
14  WHEREAS, the parties agreed that Plaintiff required additional time beyond the
15  current deadline to prepare, file, and serve the opposition to Defendant's Motion to
16  Dismiss;
17  WHEREAS, the parties agreed to extend Plaintiff's deadline to file and serve her
18  opposition brief to April 22, 2008;
19  WHEREAS, the parties agree that Defendants require additional time beyond the
20  current April 28, 2008 deadline to adequately assess Plaintiff's opposition brief and
21  fashion an appropriate reply;
22  WHEREAS, the parties have agreed to extend Defendants' deadline to file and
23  serve a reply brief to May 1, 2008;
24  WHEREAS, the parties have not previously requested to adjust the briefing
25  schedule; and
26  WHEREAS, the requested adjustment to the briefing schedule will not affect the
27  hearing date for the Motion:
28  ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/990281.1                                    2                    JOINT MOTION (08 CV 0152 BEN POR)

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants as follows:

(1) Plaintiff will have until April 22, 2008 to file and serve her opposition brief;

(2) Defendants will have until May 1, 2008 to file and serve their reply brief.

IT IS SO STIPULATED.

Dated: April 25, 2008               MORGAN, LEWIS & BOCKIUS LLP
                                    JENNIFER WHITE-SPERLING
                                    JASON S. MILLS


                                    By____s/ Jason S. Mills_____
                                        Jason S. Mills
                                        Attorneys for Defendants
                                        JP MORGAN CHASE & CO.; JP
                                        MORGAN CHASE BANK, N.A.; CHASE
                                        MANHATTAN MORTGAGE CORP.

Dated: April 25, 2008               SCHIFFRIN BARROWAY TOPAZ &
                                    KESSLER, LLP
                                    ALAN R. PLUTZIK
                                    L. TIMOTHY FISHER

                                    JOSEPH H. MELTZER
                                    GERALD D. WELLS, III
                                    ROBERT J. GRAY
                                    ROBERT W. BIELA


                                    By____s/ Gerald D. Wells_____
                                        Gerald D. Wells, III
                                        Attorneys for Plaintiff
                                        CONCEPCION JIMENEZ