1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ et. al., <br><br> Plaintiffs, <br> vs. <br> JP MORGAN CHASE & CO, et. al., <br><br> Defendants. | CASE NO. 08-CV-0152 W (WMC) <br><br> **ORDER GRANTING JOINT MOTION TO ADJUST TIME** <br> **(Doc. No. 16)** |

On April 25, 2008 Plaintiffs Concepcion Jimenez et. al. ("Plaintiffs") and Defendants JP Morgan Chase & Co. et. al. ("Defendants") filed a joint order requesting more time for Plaintiffs to oppose and Defendants to reply to Defendants' pending motion to dismiss. Good cause showing, the Court hereby **GRANTS** the parties' joint motion. Plaintiffs' deadline to file and serve their opposition brief is extended to **April 22, 2008**. Defendants' deadline to file and serve their reply brief is extended to **May 1, 2008**.

**IT IS SO ORDERED**.

DATED: April 28, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28