MORGAN, LEWIS & BOCKIUS LLP
JENNIFER WHITE-SPERLING, State Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel:  949.399.7000
Fax:  949.399.7001
E-mail: jwhite-sperling@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
JASON S. MILLS, State Bar No. 225126
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
E-mail: jmills@morganlewis.com

Attorneys for Defendants
JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.;
CHASE MANHATTAN MORTGAGE CORP.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08cv0152 W (WMc)<br><br>**PROOF OF SERVICE RE: DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND RULE 12(B)(1)**<br><br>Date:  May 5, 2008<br>Time:  10:30 a.m.<br>Judge:  T. J. Whelan<br>Dept:  Courtroom 7<br><br>Trial:  None set.<br><br>[No oral argument pursuant to Local Rule] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/990381.2

REPLY TO MOTION TO DISMISS
08CV0152 W (WMC)

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

On May 2, 2008, I served the within document(s):

## PROOF OF SERVICE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

X by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| | |
|---|---|
| Alan R. Plutzik, Esq.<br>L. Timothy Fisher, Esq.<br>Schiffrin Barroway Topaz & Kessler, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Tel:  925.945.0700<br>Fax:  925.945.8792<br>(SEE ATTACHED CONFIRMATION) | Joseph K. Meltzer<br>Gerald D. Wells, III<br>Robert J. Gray<br>Robert W. Biela<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel:  610.667.7706<br>Fax:  610.667.7056<br>(SEE ATTACHED CONFIRMATION) |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 2, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

*/s/ Yvonne Ceballos*
YVONNE CEBALLOS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/981221.1                                                                                              ()



| | | |
|---|---|---|
| efile_information@casd.uscourts.gov | To | casd.uscourts.gov@casd.uscourts.gov |
| 04/22/2008 05:58 PM | cc | |
| | bcc | |
| | Subject | Activity in Case 3:08-cv-00152-W-WMC Jimenez v. JP Morgan Chase & Co. et al Response in Opposition to Motion |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of California

### Notice of Electronic Filing

The following transaction was entered by Plutzik, Alan on 4/22/2008 at 5:58 PM PDT and filed on 4/22/2008

**Case Name:**          Jimenez v. JP Morgan Chase & Co. et al
**Case Number:**        3:08-cv-152
**Filer:**              Concepcion Jimenez
**Document Number:**    13

Docket Text:
**RESPONSE in Opposition re [11] MOTION to Dismiss** *Plaintiff's Memorandum of Points and Authorities in Support of Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6) and Rule 12 (B)(1)* **filed by Concepcion Jimenez. (Plutzik, Alan)**

**3:08-cv-152 Notice has been electronically mailed to:**

Lawrence Timothy Fisher    ltfisher@bramsonplutzik.com, tfisher@sbtklaw.com

Robert J Gray    rgray@sbtklaw.com

Jason Scott Mills    jmills@morganlewis.com, yceballos@morganlewis.com

Donna Mo    dmo@morganlewis.com, cfrutos@morganlewis.com

Gerald D Wells , III    gwells@sbtklaw.com, jwotring@sbtklaw.com, rbiela@sbtklaw.com

**3:08-cv-152 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=4/22/2008] [FileNumber=2553795-0
] [177e6e13081358ff0629aef0302d148a755091180f09807a22faf0713dde576890d
6e9a4ebc77d998af2840d04d12f165f531d5d6a7969ec3bbde007388d837d]]