**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

*Attorneys for Defendants on following page*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO.;<br>JP MORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08-cv-0152 W (WMc)<br><br>JOINT MOTION/STIPULATION FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM |

- 1 -

1-IR/445665.1

Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and Chase Manhattan Mortgage Corp. ("Defendants"), by and through undersigned counsel, submit this Joint Motion/Stipulation and [Proposed] Order Extending Time for Plaintiff to Respond to Defendants' Counterclaim, and in support thereof, state as follows:

WHEREAS, on May 2, 2008, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Complaint;

WHEREAS, on May 22, 2008, Defendants filed a Counterclaim and Answer to Plaintiff's Complaint;

WHEREAS, on June 6, 2008 an Order for Early Neutral Evaluation Conference was set by Magistrate Judge McCurine; and

WHEREAS, the parties have discussed engaging in informal settlement discussions prior to the Early Neutral Evaluation Conference;

IT IS NOW HEREBY STIPULATED AND AGREED that:

Plaintiff shall have up to and including June 25, 2008 to answer or otherwise move in response to Defendants' counterclaim.

DATED: June 10, 2008

/s/
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik
Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela

*Attorneys for Plaintiff*

/s/
**MORGAN, LEWIS & BOCKIUS LLP**
Jennifer White-Sperling

*Attorneys for Defendants JP Morgan Chase & Co., JP Morgan Chase Bank. N.A., Chase Manhattan Mortgage Corp.*

- 3 -

JOINT MOTION/STIPULATION TO EXTEND TIME FOR
PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)

1-IR/445665.1

# PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On June 11, 2008, I served the within document(s):

**JOINT MOTION/STIPULATION FOR ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☒ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

| | |
|---|---|
| Alan R. Plutzik, Esq.<br>L. Timothy Fisher, Esq.<br>Schiffrin Barroway Topaz & Kessler, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Tel: 925.945.0700<br>Fax: 925.945.8792<br>aplutzik@bramsonplutzik.com<br>**By Electronic Mail** | Joseph K. Meltzer<br>Gerald D. Wells, III<br>Robert J. Gray<br>Robert W. Biela<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Tel: 610.667.7706<br>Fax: 610.667.7056<br>**By U.S. Mail** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 11, 2008, at Irvine, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Maureen E. Calvert

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/445669.1                                                                   ()