UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>JP MORGAN CHASE & CO. et. al., ,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-0152 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIMS (Doc. No. 23)** |

　　　　On May 22, 2008 Defendants JP Morgan Chase & Co. et. al. ("Defendants") filed an Answer and Counterclaim to Plaintiff Concepcion Jimenez's ("Plaintiff") Complaint. (Doc. No. 21.)  On June 11, 2008 Plaintiff and Defendants jointly moved for an extension of time for which Plaintiff to answer or otherwise respond to Defendants' Counterclaim.  (Doc. No. 23.)  Good cause showing, the Court hereby **GRANTS** the parties' joint motion and Plaintiff shall have up to and including **June 25, 2008** to answer or otherwise respond to Defendants' Counterclaim.

　　　　**IT IS SO ORDERED**.

DATED: June 13, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28