**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO.;<br>JP MORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>SECOND JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM |

Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and Chase Manhattan Mortgage Corp. ("Defendants"), by and through undersigned counsel, submit this Second Joint Stipulation and [Proposed] Order Extending Time for Plaintiff to Respond to Defendants' Counterclaim, and in support thereof, state as follows:

WHEREAS, on May 2, 2008, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Complaint;

WHEREAS, on May 22, 2008, Defendants filed a Counterclaim and Answer to Plaintiff's Complaint;

WHEREAS, on June 6, 2008 an Order for Early Neutral Evaluation Conference was set by Magistrate Judge McCurine; and

WHEREAS, the parties have exchanged a demand and believe in good faith that they will likely be able to resolve this Action without further litigation;

IT IS NOW HEREBY STIPULATED AND AGREED that:

Plaintiff shall have up to and including July 11, 2008 to answer or otherwise move in response to Defendants' counterclaim.

DATED: June 24, 2008

/s/
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

/s/
**MORGAN, LEWIS & BOCKIUS LLP**
Jennifer White-Sperling, Bar No. 166504
5 Park Plaza, Suite 1750
Irvine, CA 92614
Telephone: (949) 399-7000
Facsimile: (949) 399-7001

-and-

| | |
|---|---|
| Joseph H. Meltzer<br>Gerald D. Wells, III<br>Robert J. Gray<br>Robert W. Biela<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Attorneys for Plaintiff* | Jason S. Mills, Bar No. 225126<br>300 South Grand Avenue<br>Twenty-Second Floor<br>Los Angeles, CA 90071-3132<br>Telephone: (213) 612-2500<br>Facsimile: (213) 612-2501<br><br>*Attorneys for Defendants JP Morgan Chase &<br>Co., JP Morgan Chase Bank. N.A., Chase<br>Manhattan Mortgage Corp.* |

SECOND JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)