# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated, | Civil Action No. 08-cv-0152 W (WMc) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM |
| JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive, | |
| Defendants. | |

On May 22, 2008 Defendants JP Morgan Chase & Co. et al. ("Defendants") filed an Answer and Counterclaim to Plaintiff Concepcion Jimenez's ("Plaintiff") Complaint. (Doc. No. 21.) The Court previously granted a joint motion granting Plaintiff up to and including June 25, 2008 to answer or otherwise respond to Defendants' Counterclaim. On June 24, 2008, Plaintiff and Defendants again jointly moved to extend the time for Plaintiff to respond to Defendants' Counterclaim in light of ongoing settlement discussions. Good cause showing, the Court hereby **GRANTS** the parties' second joint motion and Plaintiff shall have up to and including **July 11, 2008** to answer or otherwise respond to Defendants' Counterclaim.

IT IS SO ORDERED.

DATED:

_____
Hon. Thomas J. Whelan
United States District Judge

SECOND JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)