**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>ENTRY OF APPEARANCE |

Please enter the appearance of Katherine B. Bornstein as counsel for Plaintiff

- 1 -

Concepcion Jimenez in the above-captioned matter.

Dated:  June 25, 2008                    Respectfully submitted,

                                              */s/ Katherine B. Bornstein*
                                              Katherine B. Bornstein  #249929
                                              SCHIFFRIN BARROWAY TOPAZ
                                                       & KESSLER, LLP
                                              280 King of Prussia Road
                                              Radnor, PA 19087
                                              (610)667-7706 (phone)
                                              (610)667-7056 (fax)
                                              kbornstein@sbtklaw.com

                                              *Counsel for Plaintiffs*