# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ,<br><br>    Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO., et. al.,<br><br>    Defendants. | CASE NO. 08-CV-0152 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM (Doc. No. 25.)** |

On June 25, 2008 Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants JP Morgan Chase & Co. et. al. jointly moved for an extension of time for which Plaintiff to respond to Defendants' counterclaim. (Doc. No. 25.)  Good cause appearing, the Court **GRANTS** the parties' request and Plaintiff shall have up to and including **July 11, 2008** to answer or otherwise respond to Defendants' counterclaim.

**IT IS SO ORDERED.**

DATED: June 30, 2008

_____
Hon. Thomas J. Whelan
United States District Judge