1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10
11   CONCEPCION JIMENEZ,              )   Case No. 08cv152-W(WMc)
                                      )
12              Plaintiff,            )          ORDER
                                      )
13   v.                               )
                                      )
14   JP MORGAN CHASE & CO., et al.,   )
                                      )
15              Defendants.           )
                                      )
16   ─────────────────────────────── )

17        On June 30, 2008, the parties jointly informed the Court

18   that a settlement in principle has been reached in the above

19   captioned case.  Therefore, a telephonic Settlement Disposition

20   Conference will be held **August 6, 2008**, at **9:00 a.m.** in the

21   chambers of Magistrate Judge William McCurine, Jr. unless a

22   signed joint motion for dismissal of this case is filed.  Counsel

23   for Plaintiff is instructed to initiate the call by first

24   telephoning opposing counsel and then telephoning the Court.

25        IT IS SO ORDERED.

26   DATED:  June 30, 2008

27                                  _____

28                                  Hon. William McCurine, Jr.
                                    U.S. Magistrate Judge
                                    United States District Court

                                                        08cv152-W (WMc)