**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO.;<br>JP MORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>SECOND JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM |

- 1 -

Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and Chase Manhattan Mortgage Corp. ("Defendants"), by and through undersigned counsel, submit this Second Joint Stipulation and [Proposed] Order Extending Time for Plaintiff to Respond to Defendants' Counterclaim, and in support thereof, state as follows:

WHEREAS, on May 2, 2008, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Complaint;

WHEREAS, on May 22, 2008, Defendants filed a Counterclaim and Answer to Plaintiff's Complaint;

WHEREAS, the parties have agreed to a settlement in principle and expect to be submitting a stipulation of dismissal shortly;

WHEREAS, on June 30, 2008, Magistrate Judge McCurine vacated the ENE previously scheduled for July 2, 2008 and set a Telephonic Settlement Disposition Conference for August 6, 2008;

IT IS NOW HEREBY STIPULATED AND AGREED that:

Plaintiff shall have up to and including August 6, 2008 to answer or otherwise move in response to Defendants' counterclaim.

DATED: July 11, 2008

| | |
|---|---|
| /s/ Alan R. Plutzik | /s/ Jennifer White-Sperling |
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Alan R. Plutzik, Bar No. 077785 | Jennifer White-Sperling, Bar No. 166504 |
| L. Timothy Fisher, Bar No. 191626 | 5 Park Plaza, Suite 1750 |
| 2125 Oak Grove Road, Suite 120 | Irvine, CA 92614 |
| Walnut Creek, CA 94598 | Telephone: (949) 399-7000 |
| Telephone: (925) 945-0770 | Facsimile: (949) 399-7001 |
| Facsimile: (925) 945-8792 | -and- |

- 2 -

1  -and-

2  Joseph H. Meltzer
   Gerald D. Wells, III
3  Robert J. Gray
   Robert W. Biela
4  280 King of Prussia Road
   Radnor, PA 19087
5  Telephone: (610) 667-7706
6  Facsimile: (610) 667-7056

7  *Attorneys for Plaintiff*

   Jason S. Mills, Bar No. 225126
   300 South Grand Avenue
   Twenty-Second Floor
   Los Angeles, CA 90071-3132
   Telephone: (213) 612-2500
   Facsimile: (213) 612-2501

   *Attorneys for Defendants JP Morgan Chase & Co., JP Morgan Chase Bank. N.A., Chase Manhattan Mortgage Corp.*

- 3 -

SECOND JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 5 Park Plaza, Suite 1750, Irvine, CA 92614.

On July 11, 2008, I served the within document(s):

**SECOND JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM**

☐ **BY FAX** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY U.S. MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL** - by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ **BY PERSONAL SERVICE** - I delivered to an authorized courier or driver authorized by Orange County Corporate Courier, Inc. to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ **BY ELECTRONIC MAIL** - by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below. The transmission was reported as complete and without error. My electronic notification address is 5 Park Plaza, Suite 1750, Irvine, California 92614. My e-mail address is mcalvert@morganlewis.com.

☒ **BY E-FILE** - I caused such documents to be transmitted by e-file to the designated e-mail address of the addressee(s) listed below:

Morgan, Lewis & Bockius LLP
Attorneys At Law
Los Angeles

1-IR/445669.1

Alan R. Plutzik, Esq.
L. Timothy Fisher, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel:  925.945.0700
Fax:  925.945.8792
aplutzik@bramsonplutzik.com

Joseph K. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Tel:  610.667.7706
Fax:  610.667.7056
gwells@sbtklaw.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on July 11, 2008, at Irvine, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Maureen E. Calvert

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-IR/445669.1

2