UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO., et. al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 08-CV-0152 W (WMC)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM (Doc. No. 30.)** |

　　　On July 11, 2008 Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants JP Morgan Chase & Co. et. al. ("Defendants") jointly moved for an extension of time for which Plaintiff to respond to Defendants' counterclaim. (Doc. No. 30.) Good cause appearing, the Court **GRANTS** the parties' request and Plaintiff shall have up to and including **August 6, 2008** to answer or otherwise respond to Defendants' counterclaim.

　　　**IT IS SO ORDERED.**

DATED: July 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge