**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik, Bar No. 077785
L. Timothy Fisher, Bar No. 191626
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A.; CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>THIRD JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM |

- 1 -

Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants J.P. Morgan Chase & Co., J.P. Morgan Chase Bank, N.A., and Chase Manhattan Mortgage Corp. ("Defendants"), by and through undersigned counsel, submit this Third Joint Stipulation and [Proposed] Order Extending Time for Plaintiff to Respond to Defendants' Counterclaim, and in support thereof, state as follows:

WHEREAS, on May 2, 2008, the Court entered an Order granting in part and denying in part Defendants' motion to dismiss Plaintiff's Complaint;

WHEREAS, on May 22, 2008, Defendants filed a Counterclaim and Answer to Plaintiff's Complaint;

WHEREAS, the parties have agreed to a settlement in principle, exchanged a draft settlement agreement which they are currently negotiating, and expect to be submitting a stipulation of dismissal shortly;

WHEREAS, on June 30, 2008, Magistrate Judge McCurine vacated the ENE previously scheduled for July 2, 2008 and set a Telephonic Settlement Disposition Conference for August 6, 2008;

IT IS NOW HEREBY STIPULATED AND AGREED that:

Plaintiff shall have up to and including August 20, 2008 to answer or otherwise move in response to Defendants' counterclaim.

DATED: August 6, 2008

| | |
|---|---|
| ___s/ Katherine B. Bornstein_____ | ___s/ Jason S. Mills_____ |
| **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| Katherine B. Bornstein, Bar No. 249926 | Jason S. Mills, Bar No. 225126 |
| Joseph H. Meltzer | 300 South Grand Avenue |
| Gerald D. Wells, III | Twenty-Third Floor |
| Robert J. Gray | Los Angeles, CA 90071-3132 |
| Robert W. Biela | Telephone: (213) 612-2500 |
| | Facsimile: (213) 612-2501 |

- 2 -

THIRD JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)

| | |
|---|---|
| 280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>-and-<br><br>Alan R. Plutzik, Bar No. 077785<br>L. Timothy Fisher, Bar No. 191626<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0770<br>Facsimile: (925) 945-8792<br><br>*Attorneys for Plaintiff* | -and-<br><br>Jennifer White-Sperling, Bar No. 166504<br>5 Park Plaza, Suite 1750<br>Irvine, CA 92614<br>Telephone: (949) 399-7000<br>Facsimile: (949) 399-7001<br><br>*Attorneys for Defendants JP Morgan Chase & Co., JP Morgan Chase Bank. N.A., Chase Manhattan Mortgage Corp.* |

- 3 -

THIRD JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM
CASE NO. 08-cv-0152 W (WMc)

# PROOF OF SERVICE

I am a resident of the Commonwealth of Pennsylvania and over the age of eighteen years and not a party to the within-entitled action; my business address is 280 King of Prussia Road, Radnor, PA 19087.

On August 6, 2008, I served the within document:

**THIRD JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM**

- **BY E-FILE** – I caused such documents to be transmitted by e-file to the designated e-mail address of the addressees listed below:

| | |
|---|---|
| Donna Mo | Jennifer White-Sperling |
| Jason Scott Mills | Morgan Lewis and Bockius |
| Morgan Lewis and Bockius | 5 Park Plaza |
| 300 South Grand Avenue | Suite 1750 |
| 22nd Floor | Irvine, CA 92614 |
| Los Angeles, CA 90071 | (949)399-7000 |
| (213)612-2500 | Fax: (949)399-7001 |
| Fax: (213)612-2501 | Email: jwhite-sperling@morganlewis.com |
| Email: dmo@morganlewis.com | |
| jmills@morganlewis.com | |

Executed on August 6, 2008, at Radnor, Pennsylvania.

I declare under penalty of perjury that I am a member of the bar of this court and that the foregoing is true and correct.

                                            s/ Katherine B. Bornstein

- 4 -