UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, | Case No. 08cv152-W(WMc) |
| Plaintiff, | ORDER FOR FURTHER SETTLEMENT DISPOSITION CONFERENCE |
| v. | |
| JP MORGAN CHASE & CO., et al., | |
| Defendants. | |

On August 6, 2008, a telephonic settlement disposition conference was held in the above captioned case. Participating were Gerald Wells, Esq.(counsel for plaintiff) and Carie Gonell, Esq.(counsel for defendant). After being advised of the status of settlement, the Court will set a further telephonic settlement disposition conference on **August 22, 2008, at 9:15 a.m. <u>Counsel for plaintiff is instructed to initiate the call.</u>**

IT IS SO ORDERED.

Dated: August 6, 2008

*/s/ W McCurine Jr.*

<u>Hon. William McCurine, Jr.</u>
<u>U.S. Magistrate Judge</u>
<u>United States District Court</u>