# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO., et al.,<br><br>                Defendants. | CASE NO. 08-CV-0152 W (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' COUNTERCLAIM (Doc. No. 32)** |

    On August 6, 2008 Plaintiff Concepcion Jimenez ("Plaintiff") and Defendants JP Morgan Chase & Co. et al. ("Defendants") jointly moved for an extension of time for which Plaintiff to respond to Defendants' counterclaim. (Doc. No. 30.)  Good cause appearing, the Court **GRANTS** the parties request and Plaintiff shall have up to and including **August 20, 2008** to answer or otherwise respond to Defendants' counterclaim.  **This Court will not entertain further requests for time extensions.**

    **IT IS SO ORDERED.**


DATED: August 13, 2008

                                                _____
                                                Hon. Thomas J. Whelan
                                                United States District Judge