**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>JP MORGAN CHASE & CO.;<br>JP MORGAN CHASE BANK, N.A.;<br>CHASE MANHATTAN MORTGAGE CORP., and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Civil Action No. 08-cv-0152 W (WMc)<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIM** |

Plaintiff, by her undersigned counsel replies to Defendants' Counterclaim for Breach of Release Agreement on Behalf of All Defendants as follows:[1]

101. Plaintiff admits that she entered into a Release Agreement with JP Morgan Chase & Co. on July 30, 2007. The Release Agreement speaks for itself. To the extent the allegations in paragraph 101 state legal conclusions, they do not require a response.

102. The Release Agreement speaks for itself. To the extent the allegations in paragraph 102 state legal conclusions, they do not require a response.

103. The Release Agreement speaks for itself. To the extent the allegations in paragraph 103 state legal conclusions, they do not require a response.

104. The Release Agreement speaks for itself. To the extent the allegations in paragraph 104 state legal conclusions, they do not require a response.

105. Plaintiff admits that she filed a Complaint against Defendants on January 24, 2008. The Complaint speaks for itself.

106. The Complaint speaks for itself.

107. Plaintiff denies the allegations in paragraph 107.

108. Plaintiff admits that on April 2, 2008 Defendants filed a motion to dismiss.

109. Plaintiff admits that on May 8, 2008, the Honorable Thomas J. Whelan granted in part and denied in part Defendants' motion to dismiss. The Order speaks for itself.

110. The Order speaks for itself.

111. Plaintiff denies the allegations in paragraph 111.

---

[1] Plaintiff notes that the parties to this action have reached an agreement in principle to settle this action and this counterclaim and intend to stipulate to the dismissal of this action and this counterclaim shortly, but were unable to do so prior to the date Plaintiff's response to the Counterclaim was due to be filed.

1

PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM
No. 08-cv-0152 W (WMc)

PRAYER FOR RELIEF

Plaintiff denies that Defendants are entitled to damages and/or injunctive relief.

DATED: August 20, 2008  **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**

By:  s/ Alan R. Plutzik
Alan R. Plutzik
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff*