SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

-and-

Joseph H. Meltzer
Gerald D. Wells, III
Robert J. Gray
Robert W. Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.; JP MORGAN CHASE BANK, N.A..; CHASE MANHATTAN MORTGAGE CORP.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Civil Action No. 08-cv-0152 W (WMc)<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Schiffrin Barroway Topaz & Kessler, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On August 20, 2008, I served the following document(s):

**PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIM**

- ☐ by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

- ☐ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

- ☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Overnight Express pick up box or office designated for overnight delivery, and addressed as set forth below.

- ☐ by sending .pdf copies via e-mail of the document(s) listed above to the person(s) at the e-mail address(es) set forth and indicated below.

- ☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

- ☒ by electronically efiling the document as indicated on the attached Notice of Electronic Filing, notice was sent via e-mail.

Donna Mo, Esq.
Jason Scott Mills, Esq.
Morgan Lewis and Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071
(213)612-2500
Fax: (213)612-2501
Email: dmo@morganlewis.com
jmills@morganlewis.com

Jennifer White-Sperling, Esq.
Morgan Lewis and Bockius
5 Park Plaza
Suite 1750
Irvine, CA 92614
(949)399-7000
Fax: (949)399-7001
Email: jwhite-sperling@morganlewis.com

PROOF OF SERVICE

## Responses and Replies
3:08-cv-00152-W-WMC Jimenez v. JP Morgan Chase & Co. et al

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered by Plutzik, Alan on 8/20/2008 at 4:10 PM PDT and filed on 8/20/2008
**Case Name:**      Jimenez v. JP Morgan Chase & Co. et al
**Case Number:**    3:08-cv-152
**Filer:**          Concepcion Jimenez
**Document Number:** 35

**Docket Text:**
**REPLY re [21] Answer to Complaint *Plaintiff's Reply to Defendants' Counterclaim* filed by Concepcion Jimenez. (Plutzik, Alan)**


**3:08-cv-152 Notice has been electronically mailed to:**

Katherine Bornstein     kbornstein@sbtklaw.com

Lawrence Timothy Fisher     ltfisher@bramsonplutzik.com, tfisher@sbtklaw.com

Robert J Gray     rgray@sbtklaw.com

Jason Scott Mills     jmills@morganlewis.com, yceballos@morganlewis.com

Donna Mo     dmo@morganlewis.com, cfrutos@morganlewis.com

Alan R Plutzik     aplutzik@bramsonplutzik.com, aplutzik@sbtklaw.com

Gerald D Wells , III     gwells@sbtklaw.com, jbelack@sbtklaw.com, kbornstein@sbtklaw.com, rbiela@sbtklaw.com, rgray@sbtklaw.com

Jennifer White-Sperling     jwhite-sperling@morganlewis.com, mcalvert@morganlewis.com

**3:08-cv-152 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=8/20/2008] [FileNumber=2786223-0
] [b48645865fb17f924f15098555f62bc529aaba73af03bce8efb6c7899a3d0f92c3a
42252be49bd83e2055fd862919a5571b5b76ad5e04dc76cf332f81a52ec3e]]