UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CONCEPCION JIMENEZ, | ) | Case No. 08cv152-W(WMc) |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE & CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 22, 2008 a telephonic Settlement Disposition Conference was held. Participating were Gerald Wells, Esq., Katherine Bornstein, Esq. and Jennifer White-Sperling, Esq. After being advised of the status of the case, the Court will schedule a further telephonic status conference regarding settlement on **September 9, 2008, at 4:45 p.m.** <u>Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court.</u>

IT IS SO ORDERED.

<u>DATED: August 22, 2008</u>

_WMcCurine Jr._

<u>Hon. William McCurine, Jr.</u>
<u>U.S. Magistrate Judge</u>
<u>United States District Court</u>

08cv152-W (WMc)