UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCEPCION JIMENEZ, | Case No. 08cv152-W(WMc) |
| Plaintiff, | ORDER |
| v. | |
| JP MORGAN CHASE & CO., et al., | |
| Defendants. | |

On September 9, 2008 a second telephonic Settlement Disposition Conference was held. Participating were Gerald Wells, Esq., Katherine Bornstein, Esq. and Jennifer White-Sperling, Esq. After being advised of the status of the case, the Court will schedule a further telephonic status conference regarding settlement on **September 25, 2008, at 9:15 a.m.** <u>Counsel for Plaintiff is instructed to initiate the call by first telephoning opposing counsel and then telephoning the Court.</u>

IT IS SO ORDERED.

<u>DATED: September 12, 2008</u>

*/s/ W. McCurine Jr.*

<u>Hon. William McCurine, Jr.</u>
<u>U.S. Magistrate Judge</u>
<u>United States District Court</u>

08cv152-W (WMc)